FILED
U.S. District Court
District of Kansas

12/6/2024

Clerk, U.S. District Court
By_____AA__Deputy Clerk

# UNITED STATES DISTRICT COURT
## District of Kansas

UNITED STATES OF AMERICA,

  Plaintiff,

  v.

KENNETH ADAM CREED,

  Defendant.

CASE NO. 24-6317-01-BGS

FILED UNDER SEAL

# COMPLAINT

### THE UNITES STATES ATTORNEY CHARGES:

### COUNT 1

### Distribution of Child Pornography
### 18 U.S.C. § 2252A(a)(2)

On or about March 7, 2024, in the District of Kansas, the defendant,

**KENNETH ADAM CREED,**

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means or facility of interstate or foreign commerce, and did so in and affecting interstate and foreign commerce by any means including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

**SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.**

Amy Kuhn
Special Agent - FBI

Subscribed and sworn before me this 6th day of December, 2024.

THE HONORABLE BROOKS SEVERSON
United States Magistrate Judge

2

## PENALTIES

### Count 1 – Distribution of Child Pornography

- Punishable by a term of imprisonment of not less than five (5) years but not more than twenty (20) years. If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children, the term of imprisonment shall be for not less than fifteen (15) years nor more than forty (40) years. [18 U.S.C. § 2252A(b)(1)]

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. § 3014(a)(3).

- An additional assessment of not more than $35,000.00. 18 U.S.C. § 2259A(a)(2).

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Amy Kuhn, being duly sworn, do hereby state as follows:

1.      I have been employed as a Special Agent of the FBI since July 2008 and am currently assigned to the FBI Kansas City Division, Garden City Resident Agency.  As a Special Agent of the FBI, I am authorized to investigate violations of laws of the United States and I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States, including violations of Title 18, USC §§ 2251, 2252, and 2252A.  I have participated in a wide variety of criminal investigations to include: bank robbery, bank burglary, crimes against children, federal hate crimes, domestic terrorism, and other federal crimes.  I have participated in the preparation and execution of many search warrants and arrest warrants, including, but not limited to, those involving the sexual exploitation of minors and certain activities relating to material constituting or containing child pornography.

2.      I am familiar with the circumstances of the offenses described in this affidavit through a combination of personal knowledge of the facts, discussion with other law enforcement officials and other investigative activities conducted and investigative materials obtained during the investigation.

3.      I make this affidavit in support of an application for issuance of a criminal complaint and arrest warrant for Kenneth Adam Creed, DOB: XX/XX/91, Cimarron, KS 67835 for violations of Title 18 U.S. Code § 2252A(a)(2).

4.      The information in this affidavit is information known to me as a result of my participation in this investigation or is information that has been communicated to me

by other law enforcement investigators involved in this investigation. Since this affidavit is being submitted for the limited purpose of supporting an arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only those fact that I believe are necessary to establish the existence of probable cause to support an arrest warrant.

## INVESTIGATION/PROBABLE CAUSE

5. On or about August 29, 2024, FBI Oklahoma City Division received information from an anonymous complainant that a subject was involved in the distribution of child sexual abuse material (CSAM) on Chat Avenue.[1]

6. After further investigation, it was determined the subject was believed to be residing in Enid, Oklahoma. On or about October 24, 2024, FBI Oklahoma City Division-Stillwater Resident Agency (RA) executed a federal search warrant on the residence in Enid, Oklahoma. During the search warrant, an interview was conducted with the subject (hereafter referred to as ENID).

7. Information was provided from ENID that he had met online user Kenny Adame in Chat Avenue. Kenny Adame told ENID to move over to Google Chat where they traded CSAM.

---

[1] Chat Avenue is a mobile and Internet based platform that offers its users the ability to engage in live free online chatting with thousands of other people from all over the world in one of their online chat rooms, referred to on the site as communities. According to Chat Avenue's website, all chat rooms are simple and easy to use with no registration. They include the latest in live text, audio, and video technology. Users can participate in public group chats or private conversations using standard test messaging. Camera streaming functions and other exclusive features are also available. The site advertises that users can chat about anything they want with friends or random strangers and engage in a variety of topics and discussions. All ages over 13, gender, and races are welcome to join.

8.    During review of the digital extractions, a Google Chat message conversation was discovered between ENID and google chat user @kennyadame, Kenny Adame, kennyadame2@gmail.com an unknown male, later identified as Kenneth Adam Creed.

9.    On March 7, 2024, a chat conversation occurred between ENID and Creed where there was discussion of the trading of CSAM. During the discussion ENID sent videos of CSAM to Creed and Creed sent videos of CSAM to ENID.

10.    One of the interviewing agents was able to briefly view the videos on ENID's phone. One of the videos CREED sent to ENID was a video of a toddler girl lying face down on a bed and being penetrated from behind by an adult male penis.

11.    On November 13, 2024, an administrative subpoena return from Google LLC for Kenny Adame and Kennyadame2@gmailcom from February to November 2024, provided the Google Account ID:230172832792, Name: Kenny Adame, Given Name: Kenny, Family Name: Adame, email: kennyadame2@gmail.com, Created on: 2024-01-12 14:56:34 Z, Terms of Service IP: 174.250.210.241, Last Login: 2024-03-07 14:02:12 Z. The subpoena return also showed on March 7, 2024, the IP address used to login was 174.71.155.213. There were logins from a 174.71.155.213 IP address, from a 68.70.38.32 IP address and from a 174.250.208.13.

12.    Legal process showed Creed was linked to the IP addresses by residence and/or employment. Creed is a registered sex offender in the state of Kansas, the IP addresses are consistent with information provided during his mandatory sex offender reporting.

## CONCLUSION

13.    Based on the aforementioned, your Affiant respectfully submits there is probable cause to believe that Kenneth Allen Creed is in violation of Title 18 U.S. Code § 2252A(a)(2).

Amy Kuhn
Special Agent
Federal Bureau of Investigation


SUBSCRIBED TO AND SWORN before me via Zoom this 6th day of December, 2024.



HONORABLE BROOKS SEVERSON
United States Magistrate Judge
District of Kansas