IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                 Case No.  24-10148-JWB

KENNETH CREED,

      Defendant.

## MEMORANDUM AND ORDER

This matter is before the court on the government's motion to compel.  (Doc. 53.)  Pending before the court is a motion by Defendant to vacate his sentence under 28 U.S.C. § 2255.  (Doc. 52.)  Defendant makes various claims of ineffective assistance of counsel in his petition.  The government has moved the court to compel Defendant's trial counsel to submit an affidavit and address specific claims raised by Defendant.  The government's motion identifies eight issues for counsel to address in the affidavit that the court finds are narrowly tailored.  Because Defendant has filed a section 2255 motion asserting ineffective assistance of counsel, he has implicitly waived his attorney-client privilege with respect to the communications with trial counsel necessary to prove his claims.  *See United States v. Pinson*, 584 F.3d 972, 978 (10th Cir. 2009).  A court may order trial counsel to file provide an affidavit as to Defendant's specific claims.  *See id*.; *see also* Rule 7(c) of the Rules Governing Section 2255 Proceedings.

After review, the court grants the motion to compel.  Trial counsel must provide an affidavit to the government that addresses the narrowly tailored issues on pages six and seven of the motion to compel.  (Doc. 53 at 6–7.)  The government must then file a response to Defendant's motion within 14 days of receipt of the affidavit or by April 17, 2026, the current deadline, and attach the

1

affidavit to the response.  Defendant may then file a reply as provided by Rules 5(d) and 7(c) of the Rules Governing Section 2255 Proceedings.

IT IS SO ORDERED.  Dated this 14th day of April, 2026.

                                         s/ John W. Broomes  
                                         JOHN W. BROOMES  
                                         CHIEF UNITED STATES DISTRICT JUDGE